Yolanda's Story

In March of 2021, I started Ross Medical Education Center located on 227 N Green River Rd,47715. I received grants and scholarships through FAFSA which made the program for me free. I completed the 6 months of the in class program in September of 2021.

I still had to complete 168 hours of externship and 12 hours of Seminars which is a total of 180 hours to complete the whole program.

October 20th, 2021 I received the virtual externship because Ross hadn't found a site yet and my daughters' school was out at the time due to COVID-19. The Virtual Externship didn't go as planned because I was unable to navigate through the virtual course. I reached out to Savannah (Career Service Representative) and Dr. Ross (Regional Campus Director) in regards to the confusion of the Virtual extern and still no help. I attempted to figure it all out on my own but apparently nothing was getting submitted correctly. Savannah reached out to me on November 4th, 2021 about an externship site. Anna West, a manager at Mercy Urgent Care located 2101 N Green River Rd, 47715, called to get a schedule together for me to start.

November 10th, 2021 I started externship and within two hours of me being at the facility everyone from Ross was calling and texting me about my whereabouts. Apparently I wasn't supposed to start the externship because Ross dropped me due to inactivity since there was no virtual externship being submitted and not physically being at an externship site even though I didn't have a site to attend. I was told to leave Mercy Urgent Care because I was dropped. I told the employees at Ross that I was going to look into a lawyer because that's not right. Two days later Savannah reached out to me

and told me I can go back to Mercy Urgent Care. Ms. Anna West was going to be calling to make a new schedule, it was miscommunication on Ross' end. When Ross dropped me then re-enrolled me back that resulted in me having to pay for schooling now.

I restarted externship at Mercy Urgent Care November 15th, 2021. Meanwhile working at Mercy Urgent Care I was just a student, meaning I wasn't supposed to be left alone with a patient, I wasn't supposed to give injections alone nor work up patients alone. Well from the second day I was an extern student, Andrea Trauger stopped working/doing her job till after I left, meaning Andrea (employee at Mercy) had me doing every single thing except X-rays.

On December 8th, 2021 I was fed up with doing everything I wasn't supposed to do or getting paid for since this was just supposed to be a learning experience versus a job experience. I explained to Andrea the issue I was having and explained to Andrea how I wasn't going to continue to do her job while she just sits there from 8:30 am - 4:30 pm and does nothing. Well of course Andrea didn't like that too much so I also reached out to Anna and asked Anna what my duties were as a student. Once Anna confirmed what I was supposed to be doing and not doing alone, I explained to Anna the issue and told Anna "on Andrea rotations I will not be doing triage, only up front receptionist." My last day of externship was on December 23rd, 2021, Anna brought everyone a Christmas gift including myself on my last day there.

On December 27th, 2021 Anna texted me and asked if I took any medical equipment home (pulse oximeter, wrist blood pressure monitor, temple thermometer). I responded no. I didn't think anything else of it. Later on that day an employee from

Mercy called me and asked if I heard what was being said. I said "no, what's going on?", that's when I found out that Andrea was going around telling everyone that I stole all the equipment that's why they were moving slower then normal. Andrea was supposedly complaining so much she got sent home, so I said "well, thanks for telling me I'll call up there tomorrow when she comes back to work and see if she has any questions for me". Tuesday morning I called Mercy around 7:30 am almost around 8:00 am. Andrea answers the phone, I say " hey you should know who this is, do you have any questions for me since my name has been in your mouth?" Andrea proceeded to sigh loudly, "I have a patient you have to wait". I get put on hold, the receptionist Rachael answers the phone about 5 mins later and I tell her I'm waiting to speak with Andrea. Racheal states " oh well she's avoiding you she's in the back", I said " but why? It's cool, I'll wait". Racheal puts me back on hold next thing you know the phone hangs up. I called back, Rachael answered, I said "did Andrea just hang up on me?" Rachael laughed and said " yes" I said " oh well i'm on the way" and hung up. I contacted a friend to come get me, meanwhile Anna calls and starts yelling " you will not be harassing and threatening my co-workers!", " the police are up here waiting on you!", and so much more. I was trying to ask " what are you talking about?" Anna proceeds to yell at me and hang up. My other friend Sky (employee at Mercy) called me and asked  what was going on because I was told there were a lot of police officers there waiting on me. I am still clueless on all the commotion and drama because all I said was " I'm on the way" so I was still trying to go to Mercy because none of that was true once again. I ended up not going to mercy because I was told after Andrea caused that scene she went home. Days passed and I wasn't thinking about all the nonsense. I got served order of

protection paperwork for Andrea and her family. All the lies and accusations were input into the restraining order, and court was set for January 25,2022 papers were filed on December 28, 2021.

The first week of January I received a call from someone that stated his name but I don't remember the man's name, who was also an employee for Ross. While he was speaking to me he stated that I was about to get terminated from the program due to the drama that occurred at Mercy Urgent care and that I did not complete 180 hours. This was my first time even knowing the school knew about what occurred especially by everything being a lie. I said " wait, wait? Who are you again? You can't terminate me and I completed everything. My last day was Dec 23rd, with proof of my completion of hours and I ain't done nothing to that damn girl nor did I steal.", the man's response was "well that's what came to me but i'll look further into it." , they get off the phone.

Court date arrived and my daughter was sick and the court date and time slipped my mind. I realized the date and time and called downtown to see if there is something I can do because court started and I had proof everything was a lie. The clerk told me the case was dismissed because Andrea didn't show up nor did she have proof that I did or said anything to her.

Several  weeks passed by and I still hadn't heard anything but still receiving, needing to be paid letters from the school. I reached out to Dr. Ross and she said " I'm not able to speak with you, the vice president has been trying to contact you, you must speak with him." I said " no one has contacted me, no emails, no voicemails, no letters.", Dr Ross stated " he noted disconnected from the phone". I replied with " what's his information? I've had the same number for over 4 years now and I have children

meaning my phone will never be disconnected so how do I contact him? Cause I need answers on what's going on. Dr. Ross told me " I just emailed him and he will be contacting you soon."

Days go by and I still haven't heard anything from anyone. I went to Ross Medical school with proof of my case to speak with the director Julie, as the conversation was recorded because people tend to lie on me. I still received no answers. The director was extremely rude and hostile from the beginning and attitudes just got very unprofessional at the end. The director supposedly took copies of my documents and said she would send them off to the vice president and Dr. Ross but Ross isn't very good at communication so I am not sure if it was really sent. Still I had no further information and graduation is April 29th, 2022.

I was tired of waiting around so I started contacting lawyers/attorneys to prove my case. The vice president finally reached out to me with an email but now I am tired of the unprofessionalism so I never responded to the email and proceeded with looking to prove my cases before graduation! I just want to prove my innocence and be able to graduate with my peers. I've done and completed everything I needed to in order to graduate.

Launch Servicing, LLC
PO BOX 91910
Sioux Falls, SD 57109-1910



YOLANDA T. BURGETT                                                    03/07/2022
515 HESS AVE
EVANSVILLE, IN 47712

RE: ACCOUNT NUMBER 542654000

Hello YOLANDA T. BURGETT,

As of 03/07/2022 your payment is still past due. If the payment has recently been made, please disregard this letter. If you have not made your payment, please do so immediately to avoid further delinquency and collection action. Please refer to your billing statement for information on how late fees are assessed.

| Loan # | Lender | Payment Due Date | Payment Amount Due | Current Principal Balance |
|--------|--------|------------------|--------------------|---------------------------|
| 201045 | Ross Medical Education Center | 01/01/2022 | $83.49 | $139.17 |

In order to bring your account current, you must pay TOTAL AMOUNT DUE:        **$83.49**

You can make a payment by:
- Logging into your online account at www.launchservicing.com and click Payments
- To ensure on time payments and avoid late fees, sign up for recurring (ACH) payments by clicking Payments and Manage Recurring Payment
- Call a specialist to make a payment over the phone at (877) 354-2629 during our business hours of 8:00 a.m. to 5:00 p.m. Central Time, Monday through Friday
- Mail us a payment at PO BOX 679220, Dallas, TX 75267-9220

We report information about your account to the credit reporting agencies. This information includes the timeliness of payments received. Failure to make a payment when it is due may negatively impact your credit report. If you feel this information is incorrect, please contact us immediately.

There may be options including an alternative repayment plan that could temporarily reduce your monthly payment or temporarily defer your payment with a forbearance. Please contact us to discuss any available options. We are here to help.

Thank you,

The Launch Servicing Team

*This is an attempt to collect a debt and any information obtained will be used for that purpose.*



March 7, 2022

Yolanda Burgett
433 Enlow Avenue
Evansville, IN  47711

Dear Yolanda:

This letter is being sent to you to inform you of your tuition balance owed to Ross Education, LLC.  After federal financial aid, student payments and any other funding have been applied, you have a balance owed of $167.00.

Please contact Account Services to discuss payment arrangements toll-free by phone at 844-733-4634 or email paymentassistance@rosseducation.edu. You can make a payment by choosing one of the following options:

- Mail a payment to:      Ross Education, LLC.
                          22800 Hall Road, Suite 800
                          Clinton Township, MI 48036

- Pay online at: rosseducation.edu/pay
- Call: 844-733-4634
- Pay at your local Ross campus

It is important to keep your account at Ross current.  Payments must continue until your account is <u>paid in full</u>.  By making your payments on time it may help you to establish a good credit rating.

Likewise, there are consequences associated with not making your payments on time. These consequences may include, but are not limited to, escalating collection efforts to a collection agency, legal action, levy of your wages and a possible adverse impact on your credit rating. Your official transcript and certificate will have a hold placed on them until your balance has been paid in full.

Thank you for your attention to this matter and for taking the appropriate steps to maintain a current balance until your account is paid in full.

Sincerely,
Accounts Services
Ross Education, LLC

5 PM                                     https://pay.paygov.us/EndUser/PaymentReceipt.aspx

ation Number: 9027778

a
erburgh County
raffic/Judgement/ Misc. - Counter



## Transaction Details

**Credit Card Payment Address Information**

| | |
|---|---|
| Order Number | 9027778 |

Cause Number
**public**

| | |
|---|---|
| Customer Name | **YOLANDA BURGETT** |
| Email Address | |
| Address | , |
| Phone Number | **(404) 764-0079** |
| Credit Card Number | **4XXX XXXX XXXX 0134** |
| Credit Card Type | **Visa** |
| Expiration Date | **0926** |
| Operator Name | |
| Transaction Time | **3/17/2022 1:25:11 PM** |
| Authorization Code | **EPVSHM** |
| Convenience Fee Authorization Code | **A3ABO4** |
| Transaction ID | **2029716430** |
| Purchase Type | **sale** |
| Agency Total | **4.00** |
| Convenience Fee | **$1.00** |
| Total Amount Charged to Card | **5.00** |

_____ Cardholder Signature

**ONE OR BOTH CHARGES WILL APPEAR AS PAYGOV.US ON YOUR CARD STATEMENT.**
For questions about this payment, please call (866) 480-8552.
PayGov, LLC
5144 E. Stop 11 Rd. Indianapolis, IN 46237
http://paygov.us
**Disputing a charge with your credit card company may result in an additional $40.00 charge.**

# OFFICIAL RECEIPT
## Vanderburgh County Clerks Office
### PO Box 3356
### Evansville, IN 47732
### Phone NO: 812-435-5160

Payor
public

Receipt No
**2022-07160-CLK**

Transaction Date
03/17/202:

| Description | Amount Paid |
|---|---|
| Miscellaneous Payment | |
| Copy/Document Fees | 4.00 |
| Certified Copy/Document Fees - MC | 3.00 |
| Copy/Document Fees - MC | 1.00 |
| **SUBTOTAL** | 4.00 |

| | PAYMENT TOTAL | 4.00 |
|---|---|---|

| | |
|---|---|
| Credit / Debit Card (Ref #9027778) Tendered | 4.00 |
| Total Tendered | 4.00 |
| Change | 0.00 |

| 03/17/2022 | Cashier | Audit |
|---|---|---|
| 01:25 PM | Station 82CASH2 | 122815422 |

## OFFICIAL RECEIPT

2:52 ⌕                                    ▪▪ LTE ▭

‹ Inbox            **7 Messages**            ∧  ∨

                                           🗁

 **From:** Anna West
**To:** yolandaburgett07@gmail.com
Savannah Johnson
November 8, 2021 at 12:51 PM

# Mercy Urgent Care Extern Schedule

2101 North Green River Road, Evansville IN
47714

11/10-11/12: 8:30am-2pm (16.5 hours)
11/15-11/19: 8:30am-5pm (59 hours)
11/22-11/24: 8:30am-5pm (84.5 hours)
11/29-12/3: 8:30am-5pm (127 hours)
12/6-12/10: 8:30am-5pm (169.5 hours)
12/13: 8:30am-5pm (178 hours)

Having a few extra hours will allow for a little
wiggle room if you have to call off for any
reason. Please confirm that these days and
times will work for you! We look forward to
having you with us!

Anna West
Mercy Urgent Care, LLC Gateway Urgent

                        

2:53 ⌿                                  ᴵˡ LTE ▭

7 Messages

‹ Inbox   **Mercy Urgent Care Exter...**  ∧  ∨

2101 N. Green River Rd
Evansville, IN 47715

See More

---

**Yolanda Burgett**                    11/12/21
To: Anna West ›

Hello. My appointments and days I'll be out
of town.
Doctor appointment- November 22nd @
2pm. Prior arrangements- November
24th-28th going out of town.
Doctor appointment- December 13th @
8:15am.
Prior arrangements- December 22nd-28th
out of town.

Sent from my iPhone

On Nov 8, 2021, at 12:51 PM, Anna West
<urgentcare.anna@gmail.com> wrote:

See More

---

Anna West                              11/16/21
See your schedule below: Nov 15-19: 83...

2:53 ✈                    �..ᐧ LTE ⬚

7 Messages
‹ Inbox   **Mercy Urgent Care Exter...**   ∧   ∨

 **Anna West**                11/16/21
To: Yolanda Burgett  ›

See your schedule below:

Nov 15-19: 830am-430pm (or later, but this allows to leave at 430 if you need)
Nov 22: 830am-1pm
Nov 23: 830am-430pm
Nov 29-Dec 3: 830am-430pm
Dec 6-10: 830am-430pm
Dec 13: 10am-430pm
Dec 14-17: 830am-430pm
Dec 20 & 21: If you have not missed a day, you will have met your hours by now. You do have to work at least a few hours in your 6th week of externship, so I am leaving these two days open to fill in if you end up missing a day and need to catch up on hours. If you do not, then you'll just need to come in for a few hours on one of those days. Two hours would probably do the trick!

Please let me know if I need to tweak anything.

On Fri, Nov 12, 2021 at 5:44 PM Yolanda

            



2:53

LTE

*7 Messages*

‹ Inbox   **Mercy Urgent Care Exter...**  ∧  ∨

See More

**Yolanda Burgett**                    11/16/21
To: Anna West ›

Thank you. I feel like it should all be fine!

Sent from my iPhone

On Nov 16, 2021, at 2:51 PM, Anna West
<urgentcare.anna@gmail.com> wrote:

See More

**Yolanda Burgett**                    11/18/21
To: Yolanda Burgett ›

Hey! I got called in at my job. So I'll be
leaving today at 345 instead of 445 so I can
get my kids situated. I will come in a little
earlier tomorrow and stay a little later
Monday to make up that hour.

Sent from my iPhone

On Nov 16, 2021, at 6:42 PM, Yolanda

**2:53**   LTE

‹ Inbox   **Mercy Urgent Care Exter...**   ∧
7 Messages

Burgett <yolandaburgett07@gmail.com>
wrote:

See More

Anna West                    11/18/21
To: Yolanda Burgett ›

**Sounds good!**

On Thu, Nov 18, 2021 at 2:36 PM Yolanda
Burgett <yolandaburgett07@gmail.com>

Show Quoted Content

812.901.5771- f
2101 N. Green River Rd
Evansville, IN 47715

--
Anna West
Mercy Urgent Care, LLC Gateway Urgent
Care, LLC
812.901.5770-o
812.901.5771- f
2101 N. Green River Rd
Evansville, IN 47715

See More

2:55 ⏱

•• LTE ▭

‹ Inbox        **10 Messages**        ∧  ∨

⟋

**Yolanda Burgett**              11/29/21
**To:** Anna West ›

## New schedule this week only

GoodMorning!! I keep forgetting about the rotation. I told the girls from last week my schedule for this week but yeahhh they not there this week. Soooo for this week
Monday 12pm ( or sooner ) - 4:30pm
Tuesday 7am-12pm
Wednesday 830am- 3pm , 5pm-7pm
Thursday 830am (or sooner) - 3pm
Friday 830am (or sooner) 3pm
Still have to help my spouse out while the foot is broken and Thursday n Friday I have to work at my job.

Sent from my iPhone

↶

See More

Anna West              11/29/21
I will update the teams! Thank you for lett...

🗄        📁        ↶        ✎



**2:56** 🡕                                   **LTE**

10 Messages
‹ Inbox   **New schedule this week...**   ∧   ∨

**AW** **Anna West**                    12/2/21
To: Yolanda Burgett ›

I calculated your remaining hours, and if you work the following schedule, you will complete your externship by mid day of the 29th (I have you scheduled off the 22-28 per your previous request)

Week of Dec 6: Monday-Friday 830-430 (40 hours completed, 60 hours remain)
Week of Dec 13: Monday 10-430, Tuesday-Friday 830-430 (38.5 hours completed, 21.5 remain)
Week of Dec 20: Monday and Tuesday 830-430 (16 hours completed, 5.5 hours remain)
Week of Dec 27: Wednesday 830-430 (All hour completed)

This takes us right through the busy season. The opportunity where you may be able to help out some more would be Mondays and Fridays from 430-7 and then some Saturdays. But I don't want to overwork you with you already doing 40 hours a week of externship with us. So you tell me what you are comfortable doing. As for compensation

▢   ▢   ↩   ▢



2:56 ◁                                ●●● LTE ⬚

10 Messages
❮ Inbox   **New schedule this week...**   ⌃   ⌄

This takes us right through the busy season.
The opportunity where you may be able to
help out some more would be Mondays and
Fridays from 430-7 and then some
Saturdays. But I don't want to overwork you
with you already doing 40 hours a week of
externship with us. So you tell me what you
are comfortable doing. As for compensation,
what we have done in the past is pay our
student if they work more hours in a week
than we have them scheduled. So once you
work more than that 40 hours (or 38.5 for
the week of dec 13), then we would pay you
per extra hour. Our starting pay for externs is
$14/hour. If we decide to bring a student on
full time once they graduate, we increase it
to $14.50/hour until they complete 90 days
(1,080 hours) of employment. From
there, raises occur based on performance
and attitude.

On Tue, Nov 30, 2021 at 6:58 PM Anna
West <urgentcare.anna@gmail.com> wrote:
Show Quoted Content
812.901.5771- f
2101 N. Green River Rd
Evansville, IN 47715

🗑        📁        ↩        ✐



2:56

.ll LTE

‹ Inbox   **New schedule this week...**   ∧ ∨

10 Messages

Evansville, IN 47715

--
Anna West
Mercy Urgent Care, LLC Gateway Urgent
Care, LLC
812.901.5770-o
812.901.5771- f
2101 N. Green River Rd
Evansville, IN 47715

See More

**Yolanda Burgett**          12/2/21
**To:** Anna West ›

Okay. Sounds good. No appointments next
week so that schedule will be fine as well as
the rest of the schedule!

Sent from my iPhone

On Dec 2, 2021, at 9:15 AM, Anna West
<urgentcare.anna@gmail.com> wrote:

See More

2:55 ⬈                                    LTE

‹ Inbox   **New schedule this week...**   ∧   ∨

10 Messages

**Anna West**                           11/29/21
**To:** Yolanda Burgett ›

I will update the teams! Thank you for letting me know.

On Mon, Nov 29, 2021 at 8:41 AM Yolanda Burgett <yolandaburgett07@gmail.com>

Show Quoted Content

Sent from my iPhone

--

Anna West
Mercy Urgent Care, LLC Gateway Urgent Care, LLC
812.901.5770-o
812.901.5771- f
2101 N. Green River Rd
Evansville, IN 47715

See More

Yolanda Burgett                         11/29/21
No problem !! We just left the dentist my...

Anna West                               11/29/21

1:42 ⌁                                             LTE ▭

 

Anna-manger ›

Sun, Dec 19, 5:39 PM

> Hey! Okay so I only need 21.22
> more hours.
> Monday 20th- 10am-4pm
> Wednesday 22nd- 830-1130
> Thursday 23rd 715-7
> Then I'm done with extern .

Sun, Dec 19, 7:24 PM

Are you not going out of town on
the 22nd?

> My car in shop still 🤦

Ohhh. That would put a damper
on the travel plans.

Those hours only bring you to
20.75 hours. You'll be down about
30 minutes can you do 930-4
tomorrow?

> I can do 430. I have an
> appointment at 915 not sure how
> long it'll be so don't want to say
> 930

  

      

**1:42** ⌁

▪▪ LTE ▭





Anna-manger ›

 That makes sense. 430 sounds good!

Okay!

Mon, Dec 20, 10:52 AM

Hey. They girls told me I was on the schedule for the 29th and 30th too. Is that correct ?

 It was the old schedule. The one before you canceled your trip from 22-28. Once I am done with payroll I'm sending out the new schedule.

Kay cool. Just double checking . That's what u told them but we wanted to be sure

Mon, Dec 27, 7:36 AM

Hey! Did you by chance accidentally take home some of our pulse oxs and/or thermometer home? We don't have any pulse oxs and we only have one thermometer. I'm

 

      

 

 

Anna-manger ›

Mon, Dec 27, 7:36 AM

Hey! Did you by chance accidentally take home some of our pulse oxs and/or thermometer home? We don't have any pulse oxs and we only have one thermometer. I'm reaching out to everyone that worked Thursday.

7:36 AM

Oh, and two blood pressure cuffs are also missing.

7:46 AM

No ma'am. I knew Thursday was my last day so I made sure to empty out my pockets . Have they checked all rooms . When I was helping in triage Shelby was leaving all equipment in rooms so it was easier access

8:39 AM

Shelby is there today and she said she cannot find them. I'm thinking some patients may have swiped them. 😥

8:40 AM

Thank you for letting me know!

8:40 AM

  

      

2:25 ⏎

◀ Photos

LTE



Skyy-mercy ›

Mon, Dec 27, 4:02 PM

We mad Andrea cry today 

And she was sent home early

We was being herself and complains she said you stole the medical equipment so I was like why don't you ask her if she has it she then continued to talk about it to any body that came in from 730 -2 she complained and then had the nerve to say I can't keep running up and down the hall I have arthritis when she said that I was like girrrrrrrl .... Now she swear she's hurting I texted Kristin to send her ass home that she wasn't doing shit but complaining period

Wait bitch waaaatttttt ???? Whyyyy what happened

She was being herself and complains she said you stole the medical equipment so I was like why don't you ask her if she has it she then continued to talk about it to any body that came in from 730 -2 she complained and then had the nerve to say I can't keep running up and down the hall I have arthritis when she said that I was like girrrrrrrl .... Now she swear she's hurting I texted Kristin to send her ass home that she wasn't doing shit but complaining period

Kristen sent her home looking like

2:25 ⏁                                    ᴵᴵ LTE ▭





Skyy-mercy ›

Kristen sent her home looking like
a sad puppy

Andrea stood up so fast trying to
hid her tears 🥹

> Wait ? She said I stole the stuff ,

> When she coming back ?

> That's what her stupid ass get !!

Yes she said you took the stuff
home before and then turned
around and said she should be
patting people down

Tomorrow she's working with
Shelby I'm not coming in to help

> Oh I'll be calling up there
> tomorrow. N yeah she right I took
> the ox thing n brought it right
> back bitch didn't even make it to
> my house when i realized I had it .
> Tf bitch what I look like .

> Heard well I'll be calling soon as I

    ( iMessage )   

      

2:26 

◀ Photos



S

Skyy-mercy ›

Heard well I'll be calling soon as I wake up !

all that mouth now she's in tears 

Ima really have her in tears .

Mon, Dec 27, 7:01 PM

I'm sure

Mon, Dec 27, 11:04 PM

Question did Anna ask you about the equipment?

No

why what's up

Cause I'm talking to Sammi n she just pointed something out . Anna texted me this morning asking about the stuff but she said she texted everyone that worked Thursday ........ I didn't think nun of it cause clearly I don't have it so I wasn't pressured by it .. okay

  iMessage 

      

2:27

LTE



Skyy-mercy ›

Cause I'm talking to Sammi n she just pointed something out . Anna texted me this morning asking about the stuff but she said she texted everyone that worked Thursday ........ I didn't think nun of it cause clearly I don't have it so I wasn't pressured by it .. okay so me telling Sammi about what's going to happen tomorrow I'm reading the messages n Sammi said well did she ask everyone or dod she just text u . So I asked u .. so now after I speak to Andrea Ima cuss Anna out .

Tue, Dec 28, 9:15 AM

She didn't ask me about it

I'm currently on hold cause apparently Andrea with a patient but yet she answered the phone don't she know I'll go up there !

She gone hang up on you

iMessage

2:28



Skyy-mercy

She gone hang up on you

N Ima go up there

Rachel just got otp I told her wait up she Said oh let me go get her

Right cause she know she's on bs

&& I'm with the bs

She's wrong all the way around

She hung up on me so I'm finna go up there

If you do grab my bag from Shelby please

Okay

Tue, Dec 28, 11:40 AM

This Yolonda. What all u say cause apparently it's more stuff being said after I spoke to u?

Delivered

Today 11:23 AM







2:28 ⏄

**..** LTE ▭





Skyy-mercy ›

leave work. She said she felt
threatened and I even told the
cop that you're a mom who would
hung up on you. And she started
crying then called the police! She
kept asking me if you were mad
and I said obviously and to just
admit whatever she said. She
called Anna saying you were
going to kick her ass and was
starting crap! Shelby and me
were telling her you are not the
one to mess with or screw over
and she started crying saying she
was fearing her life and wanted to
leave work. She said she felt
threatened and I even told the
cop that you're a mom who would
not jeopardize that

I asked Shelby if Andrea was
running her mouth about you
yesterday and she said not really.
So I told Andrea to just be an
adult and talk to you instead of
putting you on hold or hanging
up! But she kept crying saying
she doesn't want to talk and
doesn't like confrontation. She



What's this

It's not loading

Ctfu 🤣🤣🤣 always a victim

 

    

2:31

LTE

 

Skyy-mercy



chaos has died down and I'm sure
we can handle it it's just to negative
for me

Thank you for letting me know. I
have her leaving at five but I can
offer to let her leave earlier.

Mon, Dec 27, 4:33 PM

How do we reset the internet ??
Our computers are down

Mon, Dec 27, 7:12 PM

How many did you end up with
there?

So Rachel started it ? Saying I
told her that 🫢

She had too or Andrea made it up

Ask Shelby who told Shelby that

She said you told Rachel

So Rachel told her or Andrea
made it up and told Shelby that's
what you said but let me ask

Right so now I wanna know did
Rachel tell Shelby those exact
words

Do you want me to give Shelby

      





2:32 ✈

LTE

 

Skyy-mercy ›

She had too or Andrea made it up

Ask Shelby who told Shelby that

She said you told Rachel

So Rachel told her or Andrea
made it up and told Shelby that's
what you said but let me ask

Right so now I wanna know did
Rachel tell Shelby those exact
words

Do you want me to give Shelby
your number

Yes please

Just sent it

Thank youuuuu

No problem

Newho how was yours New
Years ??

   

      

1:41

LTE





+1 (812) 204-6723 >

iMessage
Wed, Nov 24, 4:51 PM

Yolanda, it's Andrea at mercy. Did you by chance take the thermometer and pulse ox by accident? Or where did you put them?    4:51 PM

I'm on my way back !!!! Sorry !!!!    4:52 PM

It happens! And I probably would say don't worry about it but since you won't be back until Monday...    4:53 PM

No I'm coming .    4:53 PM

Delivered

Thanks!    4:54 PM

      

**1:44** 

LTE



Racheal-mercy ›

iMessage
Tue, Dec 28, 10:12 AM

This Yolanda . What all u say cause apparently it's more stuff being said after I spoke to u ?

Tue, Dec 28, 11:33 AM

Hey! I told her when I got off the phone with you that you were coming up to talk to her since she hung up on you. And she started crying then called the police! She kept asking me if you were mad and I said obviously and to just admit whatever she said. She called Anna saying you were going to kick her ass and was starting crap! Shelby and me were telling her you are not the one to mess with or screw over and she started crying saying she was fearing her life and wanted to leave work. She said she felt threatened and I even told the cop that you're a mom who would not jeopardize that

I asked Shelby if Andrea was

 

    

1:44 ⏳

LTE

 

Racheal-mercy ›

leave work. She said she felt threatened and I even told the cop that you're a mom who would not jeopardize that

I asked Shelby if Andrea was running her mouth about you yesterday and she said not really. So I told Andrea to just be an adult and talk to you instead of putting you on hold or hanging up! But she kept crying saying she doesn't want to talk and doesn't like confrontation. She said you scare her

> Okay boo ! Thank you .

Kristen is here and I told her about how you were unfairly treated during your training by her and that she could even ask Olivia because she would back it up!

> Thank you. And she can call me if need be.

Delivered

  

      

**12:57** ⏎

◀ XMEye Pro

◦◦ LTE 🔋



Savannah ›

Monday 12:24 PM

Hey so I'm done with extern what's next?

Today 11:19 AM

Hey so I'm done with extern what's next?

Today 12:56 PM

Hello!
According to the attendance report it is showing you are at 179.88 which is just shy a few minutes of 180. This along with the conduct situation that happened at your externship site have been escalated to Ryan Middleton our senior Vice President of operations to review. I do not have any authority or say in this process nor any updates regarding it. However, I'll reach out right away and ensure someone contacts you asap so you know what is going on.











1:43 ✈

LTE



2 People ›

Text Message
Tue, Dec 28, 11:44 AM

This Yolanda . What all u say cause apparently it's more stuff being said after I spoke to u ?

Delivered

Today 11:33 AM

Hey! I told her when I got off the phone with you that you were coming up to talk to her since she hung up on you. And she started crying then called the police! She kept asking me if you were mad and I said obviously and to just admit whatever she said. She called Anna saying you were going to kick her ass and was starting crap! Shelby and me were telling her you are not the one to mess with or screw over and she started crying saying she was fearing her life and wanted to leave work. She said she felt threatened and I even told the cop that you're a mom who would hung up on you. And she started crying then called the police! She kept asking me if you were mad and I said obviously and to just admit whatever she said. She called Anna saying you were going to kick her ass and was starting crap! Shelby and me were telling her you are not the one to mess with or screw over and she started crying saying she was fearing her life and wanted to leave work. She said she felt threatened and I even told the cop that you're a mom who would

 

     

1:43

LTE



2 People >

were telling her you are not the one to mess with or screw over and she started crying saying she was fearing her life and wanted to leave work. She said she felt threatened and I even told the cop that you're a mom who would not jeopardize that

I asked Shelby if Andrea was running her mouth about you yesterday and she said not really. So I told Andrea to just be an adult and talk to you instead of putting you on hold or hanging up! But she kept crying saying she doesn't want to talk and doesn't like confrontation. She

So again it's ALWAYS lies on Yolanda 😂 but yet still no threat was made 🤦 but serval lies were made by YALL EMPLOYEE Andrea Trauger .. lol yeah so " owner " again I'll be waiting on the police n attorneys n whomever else . N I mightiest well press charges myself since we just wanna lie ... but my FACTS ain't lies . CHECK YA EMPLOYEE before y'all come for me 🤷 now have an amazing day 😘

Oh I'm sorry have a blessed day 😘

Assigned to:
**JUDGE WAYNE TROCKMAN**

STATE OF INDIANA        )            IN THE VANDERBURGH COUNTY COURT
                        ) SS:        SUPERIOR DIVISION ROOM ___ 118 ___
COUNTY OF Vanderburgh   )

_Andrea Trauger_ )
Petitioner     )
               )            CASE NO. _82D02-2112-PO-6103_
vs.            )
_Yolanda Burgett_ )
Respondent     )

## NOTICE TO APPEAR

The Petitioner having filed a petition for an Order for Protection, the Court now finds the conditions in Indiana Code § 34-26-5 have been met, and sets this matter for Hearing as follows:

TO:                         _Yolanda Burgett_        VANDERBURGH SUPERIOR COURT
DATE OF HEARING:            _1-25-22_                 ★ **FILED** ★
TIME OF HEARING:           _@ 8:00am_
LOCATION OF HEARING:       _Rm118 Superior Court_     DEC 28 2021
                           _Judge Wayne Trockman_ _S. High_
                                                     CLERK

Please bring all documents and witnesses relating to this case with you to Court on your hearing date.
___ THE SHERIFF OF _____ COUNTY, INDIANA, IS ORDERED to personally serve this notice upon Respondent and make due return.

DATE: _12/28/21_

                            Recommended for approval by, if applicable:


                            _____, COMMISSIONER/REFEREE

                            Approved and ordered by:


                            _____, JUDGE/MAGISTRATE

                            ******IMPORTANT NOTICE******

**IF YOU DO NOT ATTEND THE HEARING IN THIS CASE, THE JUDGE MAY HEAR THE CASE IN YOUR ABSENCE AND ORDER ADDITIONAL RELIEF THAT MAY INCLUDE:**
- **EVICTION/EXCLUSION FROM A RESIDENCE;**
- **RESTRICTING POSSESSION OF PERSONAL PROPERTY;**
- **RESTRICTING PARENTING TIME;**
- **AWARDING CHILD SUPPORT; AND,**
- **PROHIBITING POSSESSION OF FIREARMS, AMMUNITION, OR DEADLY WEAPONS.**

**PLEASE SERVE: RESPONDENT'S NAME AND COMPLETE ADDRESS:**
_Yolanda T Burgett_
_515 Hess Ave_
_Evansville IN 47712_

STATE OF INDIANA )
                ) SS:
COUNTY OF _____ )

IN THE _____ COURT
(_____ DIVISION, ROOM 18 )
CASE NO. 82D02-2112-PO-6103

Andrea Trauger
**Petitioner (Your Name)**
vs.
Yolanda T Burgett
**Respondent (Person to be Restrained)**

)
)
)
)
)
)

**VANDERBURGH SUPERIOR COURT**
★ **FILED** ★

DEC 28 2021

_____
**CLERK**

## PETITION FOR AN ORDER FOR PROTECTION AND REQUEST FOR A HEARING—Filed by Person Seeking Protection

**IMPORTANT: This is a public document and a copy of it will be placed in the Court's file. A copy may also be sent to the Respondent.**
**(Check those which apply)**

1.     **I am filing this Petition for myself:**

        ___ a.  I am or have been a victim of domestic or family violence;
        ___ b.  I am or have been a victim of a sex offense;
        ___ c.  I am or have been a victim of stalking;
        _X_ d.  I am or have been a victim of repeated acts of harassment.

2.     **The Respondent's relationship to me is:**

    a.    the Respondent is my family or household member *(check only the line which best applies)*:
        ___ the Respondent is my spouse;
        ___ the Respondent used to be my spouse;
        ___ the Respondent and I resided together in an intimate relationship;
        ___ the Respondent and I have a child in common;
        ___ the Respondent and I are dating, or have dated, each other;
        ___ the Respondent and I are, or have been, engaged in a sexual relationship;
        ___ the Respondent and I are related by blood or adoption. The Respondent is my _____;
        ___ the Respondent and I are, or used to be, related by marriage. The Respondent is my _____;
        ___ the Respondent is, or used to be, my guardian;
        ___ the Respondent is, or used to be, my ward;
        ___ the Respondent is, or used to be, my custodian;
        ___ the Respondent is, or used to be, my foster parent; or,
        ___ I am a minor child of a person in one of the types of relationships described above.

OJA-PO-0100 Approved 07/02
Rev. by Ind. Office Ct. Serv. 7/19

            _____ I have adopted the child of the respondent.

b.     X the Respondent has committed stalking against me.

c.     _____ the Respondent has committed a sex offense against me.

d.     X the Respondent has committed repeated acts of harassment against me.

3.     **How old is the Respondent?** ___28___ **years old.**

4.     **Please list all cases (divorce, protection orders, paternity, guardianship, criminal, juvenile, civil) involving the Respondent, yourself, or a child you have with the Respondent** *(attach additional sheets of paper if necessary)*:

| Case Name | Case Number | County & State |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

     _____ **Continued on Attachment 4a.**

5.     **This case is filed in this county because:**

     X    a.  the Respondent lives in this county.

     X    b.  the incident(s) of domestic or family violence, stalking, sex offense, or harassment happened in this county.

     _____ c.  I live in this county.

6.     **If you are not represented by an attorney, fill in your public mailing address:**

_____

This address will not be kept secret, so you should use a mailing address that you feel comfortable having public. The address you place on the Confidential Form, PO-0104 will be kept confidential. If the Court grants the order, you may be eligible to obtain a confidential address through the Attorney General's Address Confidentiality Program (ACP). Email the ACP at: confidential@atg.state.in.us to get information on how to participate in that program.

7.     **The Respondent has committed the following act(s) of domestic or family violence, stalking, sex offense, or harassment** *(check those which apply)*:

     _____ the Respondent attempted to cause physical harm to me;

     X the Respondent threatened to cause physical harm to me;

     _____ the Respondent did cause physical harm to me;

     X the Respondent placed me in fear of physical harm;

     _____ the Respondent caused me to involuntarily engage in sexual activity by force, threat of force, or duress;

     _____ the Respondent committed stalking against me;

     _____ the Respondent committed a sex offense against me;

OJA-PO-0100 Approved 07/02
Rev. by Ind. Office Ct. Serv. 7/19

_____ the Respondent committed an act of animal cruelty by beating, torturing, mutilating, or killing a vertebrate animal without justification with an intent to threaten, intimidate, coerce, harass or terrorize a family or household member;

_____ the Respondent committed repeated acts of harassment against me.

8. **Describe what happened in each of the above incidents including the date(s), place(s) and witnesses to each incident** *(attach additional sheets of paper if necessary)*:

Date of Incident #1: _____
Place of Incident: Mercy Urgent Care  2101 N Green River Rd Evansville

Description of Incident:
She called numerous times to my place of work stating "she would kick my ass" and 2nd call stated "end my life so I would never see my husband again" 3rd call "don't care if police

List the names of all of the people who were present during the incident. You must include your own name if you were present:  is there I am coming
Andrea Trauger  Rachael Bauer, Shelby Clark, Marina McWilliams,  officer Bond of EPD

Date of Incident #2: _____
Place of Incident: _____
Description of Incident:
_____
_____

List the names of all of the people who were present during the incident. You must include your own name if you were present:

_____
_____

Date of Incident #3: _____
Place of Incident: _____
Description of Incident:
_____
_____

List the names of all of the people who were present during the incident. You must include your own name if you were present:

_____

_____ Continued on Attachment 8a.

9. I am asking the Court to order the following relief *(check all which apply)*:

*NOTE: The following requested relief may be granted immediately by the Judge without a hearing. However, if the petition is based on harassment alone, the relief may be granted ONLY after notice to the Respondent and after a hearing to be held within thirty (30) days.*

X  Prohibit the Respondent from committing, or threatening to commit, acts of domestic or family violence, stalking, or sex offenses against me;

X  Prohibit the Respondent from committing, or threatening to commit, acts of domestic or family violence, stalking, or sex offenses against my family or household members, whose names are:
Andrew Carter, Caidence Carter
;

X  Prohibit the Respondent from harassing, annoying, telephoning, contacting, or directly or indirectly communicating with me;

X  Order the Respondent to stay away from my residence, school, place of employment, or other place, which is the Mercy Urgent Care, located at:
2101 N Green River Rd  Evansville IN ;

X  Order the Respondent to stay away from the following location(s) frequented by my family or household member(s), which may include a residence, school, or place of employment: All Mercy Urgent Cares
2101 N Green River Rd, 710 S Green River Rd
and 8211 West IN-66 Newburgh, IN .

*Please complete:*
Please list all owners or lease signers at my residence: Andrew Carter
_____

*NOTE: The following requested relief may be granted immediately by the Judge, but the Court must hold a hearing within thirty (30) days. If the petition is based on harassment alone, the relief may be granted ONLY after notice to the Respondent and after a hearing to be held within thirty (30) days.*

____ Evict the Respondent from my residence, which is located at:
_____ ;

____ Order the Respondent to give me the possession and use of the following:
____ The residence located at: _____ ;
____ An automobile/other motor vehicle described as: _____ ;
_____

____ Other necessary personal items, described as: _____
_____ ;

____ Prohibit Respondent from removing, transferring, injuring, concealing, harming, attacking, mistreating, threatening to harm, or otherwise disposing of the animal(s) listed below.

OJA-PO-0100 Approved 07/02
Rev. by Ind. Office Ct. Serv. 7/19

| *Example* | *Name:* | *Max* |
|---|---|---|
| | *Age/Type:* | *9 year old dog* |
| | *Size /Breed:* | *Large 55 pound black lab* |
| | *Color/Description:* | *Black hair, pink collar* |

| Animal 1 | Name: | _____ |
|---|---|---|
| | Age/Type: | _____ |
| | Size/Breed: | _____ |
| | Color/Description: | _____ |

| Animal 2 | Name: | _____ |
|---|---|---|
| | Age/Type: | _____ |
| | Size/Breed: | _____ |
| | Color/Description: | _____ |

**Additional animals listed on Attachment 9(a).**

____ Order that I will have the exclusive possession, care, custody, or control of an animal(s) owned, possessed, kept, or cared for by myself, the Respondent, a minor child of myself or the Respondent, or any other family or household member listed below.

| **Animal 1** | Name: | _____ |
|---|---|---|
| | Age/Type: | _____ |
| | Size/Breed: | _____ |
| | Color/Description: | _____ |

| **Animal 2** | Name: | _____ |
|---|---|---|
| | Age/Type: | _____ |
| | Size/Breed: | _____ |
| | Color/Description: | _____ |

**Additional animals listed on Attachment 9(a).**

____ Order the following additional relief necessary to provide for my safety and welfare and the safety and welfare of my family or household members:

_____

_____

_____

_____

*NOTE:  The following requested relief may be granted ONLY after notice to the Respondent and after a hearing to be held within thirty (30) days:*

____ Specify the arrangements for parenting time with our minor child(ren);
____ Require that parenting time be supervised by a third party;
____ Deny the Respondent parenting time;

5

_____ Order the Respondent to pay my attorney fees;
_____ Order the Respondent to pay rent for my residence;
_____ Order the Respondent to make payment on a mortgage for my residence;
_____ Order the Respondent to pay child support for our minor child(ren);
_____ Order the Respondent to pay support/maintenance for me;
_____ Order the Respondent to reimburse me for expenses related
      to the domestic or family violence, stalking, sex offense, or harassment as
follows:

*(specify the amount for each expense and bring documentation of the
expense with you to Court for the Hearing)*:

    _____ Medical expenses:            $_____
    _____ Counseling:                  $_____-_____
    _____ Shelter:                     $_____
    _____ Repair or  replacement of
            damaged property:          $_____

    _____ Other costs or fees I have
            as a result of bringing this case:  $_____

_____ Prohibit the Respondent from using or possessing a firearm, ammunition, or
      deadly weapon;
_____ Order the Respondent to surrender the following firearm(s), ammunition, or
      deadly weapon(s) to a specified law enforcement agency *(list each item
      below and attach an additional sheet of paper if necessary)*:

    _____
    _____
    _____
    _____
    _____;
    _____ **Continued on Attachment 9(b).**

_____ Order a wireless service provider to transfer to me the right to continued use
      of, and financial responsibility for, the following telephone number(s) used
      by me or by a minor child in my custody:

Telephone Number and User:        _____
Wireless Service Provider:         _____
Current Account Holder:           _____

Telephone Number and User:        _____
Wireless Service Provider:         _____
Current Account Holder:           _____
**Additional telephone numbers listed on Attachment 9(c)**

OJA-PO-0100 Approved 07/02
Rev. by Ind. Office Ct. Serv. 7/19

*NOTE: A wireless service provider's normal requirements for setting up a new cellular telephone account still apply. You should consider whether you will be able to set up an account in your own name and whether you will be able to pay for the account.*

10.    Number of pages attached: _____

By filing this Petition, I am respectfully requesting that the Court immediately issue an Ex Parte Order for Protection. I understand that, if I have asked the Court for any of the following:

- ○  evicting the Respondent from my/our home;
- ○  giving me the possession of personal property;
- ○  giving me possession of an animal;
- ○  prohibiting Respondent from taking action against an animal;
- ○  establishing rules for child parenting time;
- ○  requiring the Respondent to pay fees, expenses, or child support;
- ○  forbidding the Respondent from possessing a firearm, ammunition, or a deadly weapon;
- ○  ordering the Respondent to surrender firearm(s), ammunition, or deadly weapons, or,
- ○  allowing me or a child to continue to use a telephone number for which I will be financially responsible;

I must also ask the Court to set a date for a Hearing within thirty (30) days of today's date.

I understand that if my petition is based on harassment alone, the Court may grant relief ONLY after notice to the Respondent and after a hearing to be held within thirty (30) days.

I understand that if a Hearing is set, and if I fail to appear for the Hearing, the Court may terminate the Ex Parte Order and/or dismiss the case.

I affirm, under the penalties for perjury, that the foregoing representations are true:

- a.    on the basis of my own personal knowledge.
- b.    on the basis that I have been informed and believe that the facts stated are true. *(NOTE: If this Petition is made solely on the basis of Petitioner's information and belief, Petitioner must attach affidavits by one or more persons who have personal knowledge of the facts stated.)*

DATE: _12/28/2021_

_Andrea Trauger_
PETITIONER (Signature)

_Andrea Trauger_
PETITIONER (Type or print name)

OJA-PO-0100 Approved 07/02
Rev. by Ind. Office Ct. Serv. 7/19

*Cover Sheet for Protection Order, No Contact Order, Child Protective Order, Workplace Violence Restraining Order*

**COVER SHEET** (*Check Only One*)

| Protection Order | Child Protective Order |
|---|---|
| ☑ IC 34-26-5 | ☐ IC 31-34-2.3 |

**No Contact Order**

| | | |
|---|---|---|
| ☐ IC 31-32-13 | ☐ IC 33-39-1-8 | ☐ IC 35-33-8-3.6 |
| ☐ IC 31-34 | ☐ IC 35-33-8-3.2 | ☐ IC 35-38-1-30 |
| ☐ IC 31-37 | | and/or 35-38-2-2.3 |

**Workplace Violence Restraining Order**
☐ IC 34-26-6

**Case No.** 82D0 2-2112-PO-6103

**Court** Superior VANDERBURGH SUPERIOR COURT
★ FILED ★

Vanderburgh
County   DEC 28 2021   INDIANA

S. Hayden CLERK

| PETITIONER/PROTECTED PERSON/CHILD'S NAME IF CHILD IS PROTECTED PERSON | | |
|---|---|---|
| Andrea | D | TRAUGER |
| (First) | (Middle) | (Last) |

And/or on behalf of minor family member(s):[List name, Sex, Race & Birth Year]

| PETITIONER/PROTECTED PERSON IDENTIFIERS | | |
|---|---|---|
| **BIRTH YEAR** | **SEX** | **RACE** |
| 1974 | Female | White |

Other Protected Persons/Birth Year/Sex/Race:

**V.**

| RESPONDENT/DEFENDANT | | |
|---|---|---|
| Yolanda | T | Burgett |
| (First) | (Middle) | (Last) |

Relationship between Petitioner/Protected Person: She extened at my place of employment

Respondent's/Defendant's Address: 515 Hess Ave
Evansville IN 47712

| RESPONDENT/DEFENDANT IDENTIFIERS | | | | |
|---|---|---|---|---|
| **SEX** | **RACE** | **DOB** | **HT** | **WT** |
| Female | Biracial | 2/12/1993 | 5' | 115 |
| **EYES** | **HAIR** | **DISTINGUISHING FEATURES** | | |
| Brown | Black | Long Fake eyelashes | | |
| **DRIVERS LICENSE #** | | **STATE** | **EXP DATE** | |

**CAUTION:** ☐ Weapon Involved      ☐ Weapon Present on the property

**THE COURT FINDS:**
That it has jurisdiction over the parties and subject matter, and the Respondent/Defendant has been or will be provided with reasonable notice and opportunity to be heard.

**Additional findings of this order follow on succeeding pages.**

**THE COURT ORDERS:**
The Respondent/Defendant is restrained from committing further acts of abuse or threats of abuse to the Petitioner/Protected Person.
____ Yes ____ No  The Respondent/Defendant is Brady disqualified.
____ The Respondent/Defendant is restrained from any contact with the Petitioner. OR ____ The Respondent may only contact the Petitioner in the conditions in paragraph (s) ____ of the order.
**Additional terms of this order follow on succeeding pages.**

The terms of this order shall be effective until: (*Check Only One*)
☐ _____ [date]
☐ further order of the court.

**WARNINGS TO RESPONDENT/DEFENDANT:**

This order shall be enforced, even without registration, by the courts and law enforcement personnel of any state, the District of Columbia, any U.S. Territory, and may be enforced by Indian Tribal Government (18 U.S.C. Section 2265). Crossing state, territorial, or tribal boundaries to violate this order may result in Federal imprisonment (18 U.S.C. Section 2262).
Federal law provides penalties for possessing, transporting, shipping, or receiving any firearm or ammunition (18 U.S.C. Section 922(g)(8)).

Only the Court can change this order. [*The following court information is required by statute.*]

Court Phone ( )
To verify status, call: Clerk ( )    Sheriff ( )

Court Hours:

Page 1 of _____

TCM-PO-Cover Sheet Approved 07/02
Rev. by State Ct. Admin. 07/15

VANDERBURGH SUPERIOR COURT
★ **FILED** ★

**Form Administrative Rule 9-G1**

STATE OF INDIANA
IN THE SUPERIOR COURT, COUNTY OF VANDERBURGH COUNTY

DEC 28 2021

*E.H...*
CLERK

Andrea Trauger )
Plaintiff(s), )
)
) Case No: 82D0 2-2112-PO- 6103
vs. )
)
Yolanda Burgett )
Defendant(s) )

**Administrative Rule 9(G)(5) Notice of Exclusion**
**of Confidential Information from Public Access**
**(FILED WITH TRIAL COURT CLERK)**

Contemporaneous with the filing of this notice, [party name] has filed confidential information on green paper in accordance with Administrative Rule 9(G)(6). Pursuant to Administrative Rule 9(G)(5), [party name], provides this notice that the confidential information contained on that green paper is to remain excluded from public access in accordance with the authority listed below:

| Name or description of document filed on green paper. | Administrative Rule 9(G) grounds upon which exclusion is authorized. |
|---|---|
| PO-0104, Confidential Form | 1. Admin. R. 9 (G) (2) (g) (i) |
| | 2. Admin. R. 9 (G) (3) (b) |
| | 3. Ind. Code 5-2-9-5.5 (c) |
| | 4. Ind. Code 5-2-9-6 |
| | 5. Ind. Code 5-2-9-7 |
| | 6. Ind. Code 31-37-19-2 (2) |
| | 7. Ind. Code 33-39-1-8 (i) (2) |
| | 8. Ind. Code 34-26-5-3 (a) (C) |
| | 9. Ind. Code 34-26-6-13 |
| | 10. Ind. Code 35-33-8-3.2 (f) (2) |
| | 11. Ind.  Code  35-38-2-2.3  (f)  (2) |

Respectfully submitted,

Andrea Trauger
[Insert Name]

02/16

**TCM-PNW-0102** Approved by State Court Administration