UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| YOLANDA T. BURGETT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROSS MEDICAL CENTER, )<br>ANDREA TRAUGER, )<br>ANNA WEST, and )<br>JOHN MCNULTY, )<br>)<br>Defendants. ) | No. 3:22-cv-00047-RLY-MPB |

**ORDER DISMISSING CASE**

The court ordered Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction by May 25, 2022. Plaintiff failed to respond. Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. Final judgment shall issue forthwith.

**SO ORDERED** this 1st day of June 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution by U.S. Mail to:

Yolanda T. Burgett
433 Enlow Ave.
Evansville, IN  47711

1