UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| YOLANDA T. BURGETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:22-cv-00047-RLY-MPB |
| | ) |
| ROSS MEDICAL CENTER, | ) |
| ANDREA TRAUGER, | ) |
| ANNA WEST, and | ) |
| JOHN MCNULTY, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The court now issues final judgment. This cause is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**SO ORDERED** this 1st day of June 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record.

1